McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK, MOBN 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DARLA DIANE BOUGHTON,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-01588-GSA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Confidential Letter Brief shall be extended by forty-five (45) days, from June 24, 2020, to Monday, August 10, 2020. This is Defendant's first request for an extension of time to respond to Plaintiff's Confidential Letter Brief.  Defendant respectfully requests this additional time to research issues raised in Plaintiff's letter brief.

    The parties further stipulate that the other deadlines in the Court's Scheduling Order shall be modified accordingly.

1
2   Counsel apologizes to the Court for any inconvenience caused by this delay.
3
4                                       Respectfully submitted,
5   Dated: June 24, 2020                */s/ Jonathan Pena*_____
                                        (*as authorized via email on June 23, 2020)
6                                       JONATHAN PENA
7                                       Attorney for Plaintiff
8
    Dated: June 24, 2020                McGREGOR W. SCOTT
9                                       United States Attorney
                                        DEBORAH LEE STACHEL
10                                      Regional Chief Counsel, Region IX
11                                      Social Security Administration
12                              By:     /s/ Carol S. Clark
                                        CAROL S. CLARK
13                                      Special Assistant U.S. Attorney
14                                      Attorneys for Defendant
15
16
17  IT IS SO ORDERED.
18      Dated:  **July 13, 2020**              **/s/ Gary S. Austin**
19                                             UNITED STATES MAGISTRATE JUDGE
20
21
22
23
24
25
26
27
28

Stip. & Prop. Order for Ext.; 1:19-cv-1588-GSA      2