Jonathan O. Peña, Esq.
CA Bar ID No.: 278044
Peña & Bromberg, PLC
2440 Tulare St., Ste. 320
Fresno, CA 93721
Telephone: 559-439-9700
Facsimile: 559-439-9700
info@jonathanpena.com
Attorney for Plaintiff

McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK, MOBN 42670
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8975
     Facsimile: (415) 744-0134
     E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DARLA DIANE BOUGHTON, | Case No.: 1:19-cv-01588-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME (SECOND REQUEST) |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Confidential Letter Brief

shall be extended by an additional thirty (30) days, extending the date on which Defendant's Response is due from Monday, August 10, 2020, to the new due date of September 9, 2020. This is Defendant's second request for an extension of time to respond to Plaintiff's Confidential Letter Brief. Defendant respectfully requests this additional time to research issues raised in Plaintiff's letter brief and determine whether a settlement may be appropriate.

      The parties further stipulate that the other deadlines in the Court's Scheduling Order shall be modified accordingly.

      Counsel apologizes to the Court for any inconvenience caused by this delay.

                            Respectfully submitted,

Dated: August 7, 2020          */s/ Jonathan Pena\**
                                      (*as authorized via email on August 7, 2020)
                                      JONATHAN PENA
                                      Attorney for Plaintiff

Dated: August 7, 2020          McGREGOR W. SCOTT
                                      United States Attorney
                                      DEBORAH LEE STACHEL
                                      Regional Chief Counsel, Region IX
                                      Social Security Administration

                          By:    /s/ *Carol S. Clark*
                                      CAROL S. CLARK
                                      Special Assistant U.S. Attorney

                                      Attorneys for Defendant

IT IS SO ORDERED.

   Dated:  **August 10, 2020**                 **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE