McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK, MOBN 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| DARLA DIANE BOUGHTON,<br><br>       Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br><br>Commissioner of Social Security,<br><br>       Defendant. | Case No.: 1:19-cv-01588-GSA<br><br>STIPULATION FOR REMAND |

**JOINT STIPULATION FOR REMAND**

    The parties, through their respective Counsel and subject to the Court's approval, stipulate that this matter be remanded to Defendant for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

    On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will direct the ALJ to reevaluate the medical evidence; and, if warranted, reassess Plaintiff's residual functional capacity

and obtain supplemental vocational expert evidence to clarify the effect of Plaintiff's limitations on her ability to perform her past relevant work and other work in the national economy.  The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues.

       The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                                Respectfully submitted,

Dated:  August 26, 2020                  */s/_Jonathan Pena**_____*
                                                      (*as authorized via email on August 26, 2020)
                                                      JONATHAN PENA
                                                      Attorney for Plaintiff

Dated:  August 26, 2020                  McGREGOR W. SCOTT
                                                      United States Attorney
                                                      DEBORAH LEE STACHEL
                                                      Regional Chief Counsel, Region IX
                                                      Social Security Administration

                                       By:    /s/  Carol S. Clark_____
                                                        CAROL S. CLARK
                                                        Special Assistant U.S. Attorney

                                                        Attorneys for Defendant

IT IS SO ORDERED.

   Dated:   **August 28, 2020**                     **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE